**Order entered August 29, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01150-CV

### IN RE RAMIRO CHAPA, Relator

**Original Proceeding from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F04-36350-P**

## ORDER

Based on the Court's order of today's date, we **DENY** relator's petition for writ of mandamus. We **ORDER** that relator bear the costs of this original proceeding.

/s/  DAVID EVANS
    JUSTICE